IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00128-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JORGE CARRILLO,

     Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

     It is ORDERED that the change of plea hearing is reset for **May 17, 2010 at 9:00 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.  It is further

     ORDERED that the trial set for **May 10, 2010 at 8:00 a.m.** is VACATED.

     DATED May 5, 2010.